**Jennifer GRATZ and Patrick Hamacher for Themselves and All Other Similarly Situated, Plaintiffs–Appellants (01–1333 and 01–1418), Plaintiffs–Appellees (01–1416),**

**v.**

**Lee BOLLINGER, et al., Defendants–Appellees (01–1333 and 01–1418) Defendants–Appellants (01–1416),**

**Ebony Patterson, et al., Defendants–Appellees (01–1333) Intervening Defendants (01–1416) Intervening Defendants–Appellees (01–1418) Intervening Defendants–Appellants (01–1438)**

**Barbara Grutter, Plaintiff–Appellee (01–1447 and 01–1516),**

**v.**

**Lee Bollinger, et al., Defendants–Appellants (01–1447),**

**and**

**Kimberly James, et al., Intervening Defendants–Appellants (01–1516).**

**No. 01–1333, 01–1416, 01–1418, 01–1438, 01–1516.**

United States Court of Appeals, Sixth Circuit.

Oct. 19, 2001.

Before: MARTIN, Chief Circuit Judge; BOGGS, SILER, BATCHELDER, DAUGHTREY, MOORE, COLE, CLAY, and GILMAN, Circuit Judges.

**Prior Report:** 247 F.3d 631

### ORDER

The plaintiffs in these consolidated appeals filed a petition seeking initial *en banc* review of the decisions of the two district courts before whom the cases were heard. The petition was referred to the three-judge panel to which the appeals had been assigned for oral argument on October 23, 2001.

The panel requested that all of the active judges of the court be polled to determine whether or not the petition should be granted and the appeals be presented in the first instance to the *en banc* court for argument and decision. A majority of the active judges voted to grant the petition; therefore

IT IS ORDERED that the petition for initial hearing *en banc* be, and it hereby is, GRANTED. It is FURTHER ORDERED the oral argument scheduled for October 23, 2001 is cancelled; oral argu-

ment to the *en banc* court will be on Thursday, December 6, 2001, at 1:30 P.M., EST, in Cincinnati, Ohio.